IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SHARI L. REBROOK,

    Plaintiff,

v.                              CIVIL ACTION NO. 5:07-CV-39

MICHAEL J. ASTRUE,[1]
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

On this day came the Defendant, Michael J. Astrue, Commissioner of Social Security, and moved the Court to enlarge the time within which Defendant may file his motion for summary judgment, and it appearing to the Court that good cause exists for said motion, it is hereby

**ORDERED** that the time within which Defendant may file is extended and enlarged up to and including the 28TH day of September, 2007.

Date: 8/29/07

UNITED STATES MAGISTRATE JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for former Commissioner Jo Anne B. Barnhart, (or Acting Commissioner Linda L. McMahon [if the caption was changed previously]) as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

FILED AUG 2 9 2007 U.S. DISTRICT COURT WHEELING, WV 26003